### CERRO DU PASCO TUNNEL & MINING CO. v. HAGGIN.

(Supreme Court, Appellate Division, First Department.   June 15, 1906.)

Appeal from Special Term, New York County.

Action by the Cerro Du Pasco Tunnel & Mining Company against James B. Haggin.   From an order granting defendant's motion to preclude plaintiff from giving evidence as to certain allegations in the complaint, plaintiff appeals.   Reversed, with leave to require further particulars.

See 94 N. Y. Supp. 593.

Argued before O'BRIEN, P. J., and McLAUGHLIN, INGRAHAM, CLARKE, and HOUGHTON, JJ.

PER CURIAM.   For the reasons given in Eleanor Rawls Reader v. Jas B. Haggin (decided herewith) 99 N. Y. Supp. 681, the order appealed from must be reversed, with $10 costs and disbursements, and with leave to the respondent to apply to have the appellant furnish the further particulars required by the original order.